MORTON, Appellant, v. SEAMEN'S BANK FOR SAVINGS, Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1905.) Action by Selena Morton against the Seamen's Bank for Savings.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., dissents.

MOSER, Appellant, v. BLACK RIVER TRACTION CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1905.) Action by Caroline B. F. Moser against the Black River Traction Company. No opinion. Judgment and order affirmed, with costs.

MOSES, Respondent, v. ADAMS, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1905.) Action by Raphael J. Moses against Albert J. Adams. M. Kellogg, for appellant. H. M. J. Wood, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.